Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-12-00530-CR

Elizabeth **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR2393C
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Sandee Bryan Marion, Justice

Delivered and Filed: September 26, 2012

DISMISSED FOR LACK OF JURISDICTION

Appellant seeks to appeal the trial court's order modifying the terms and conditions of her deferred adjudication community supervision. "[A]n order modifying the terms or conditions of deferred adjudication is not in itself appealable." *Davis v. State*, 195 S.W.3d 708, 711 (Tex. Crim. App. 2006). Appellant was ordered to show cause in writing by September 7, 2012, why this appeal should not be dismissed for want of jurisdiction. Appellant did not

respond to our order.  Because the order the appellant seeks to appeal is not an appealable order, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH